Dismissed and Memorandum Opinion filed January 18, 2007








Dismissed
and Memorandum Opinion filed January 18, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00947-CV

____________

 

NELLIE ABATE and LARRY ABATE, as
Representative and Legal Custodian of NELLIE ABATE, Appellants

 

V.

 

FIRE INSURANCE EXCHANGE,
Appellee

 



 

On Appeal from the 234th District Court

Harris County, Texas

Trial Court Cause No. 2005-74117

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 29, 2006.  On January 8, 2007, the
parties filed a joint motion to dismiss the appeal because the case has been
settled. See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed January
18, 2007.

Panel consists of Justices Anderson, Hudson, and Guzman.